MARLENE SCHER, Appellant, v PARAMOUNT PICTURES CORP. et al., Respondents.

Submitted March 4, 2013; decided April 2, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

PHILIP SELDON, Appellant, v ANDREW SPINNELL, Respondent.

Submitted March 4, 2013; decided April 2, 2013

Motion for reargument of motion for leave to appeal denied with $100 costs and necessary reproduction disbursements [see 20 NY3d 857 (2013)]. Cross motion for the imposition of sanctions denied.

Judge RIVERA taking no part.

WELLS FARGO, N.A., Doing Business as AMERICAS SERVICING COMPANY, Respondent, v OFRA LEVIN, Appellant, et al., Defendants.

Submitted February 25, 2013; decided April 2, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.